**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-26-00105-CV**

_____

**MITTERNIGHT BOILER WORKS, INC., Appellant**

**V.**

**HEAT TRANSFER TUBULAR PRODUCTS, LLC, Appellee**

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 25-08-14046**

**MEMORANDUM OPINION**

Mitternight Boiler Works, Inc., Appellant, filed a motion to dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f). All other pending motions are denied as moot.

APPEAL DISMISSED.

PER CURIAM

Submitted on April 22, 2026
Opinion Delivered April 23, 2026
Before Golemon, C.J., Wright and Chambers, JJ.

1